### 5677.  BROOKS *v.* JENKINS.

RUSSELL, C. J. As the purchase-money note sued on purported to contain the terms of the sale, and contained an express waiver of "*all* warranty" as to the mules for which the note was given, "except as to the title," parol evidence as to breach of warranties implied by law, as well as of a breach of parol warranties contemporaneous with the execution of the written contract, should have been excluded. The court did not err in refusing a new trial. *Branan* v. *Warfield,* 3 *Ga. App.* 586 (60 S. E. 325); *Branch* v. *James,* 4 *Ga. App.* 90 (60 S. E. 1027); *Boswell* v. *Johnson,* 5 *Ga. App.* 251 (62 S. E. 1003); *Watson* v. *Smith,* ante, 62 (82 S. E. 633); *McNeel* v. *Smith,* 106 *Ga.* 215 (32 S. E. 119); *Bullard* v. *Brewer,* 118 *Ga.* 918 (45 S. E. 711). And see *Pryor* v. *Ludden,* 134 *Ga.* 289 (67 S. E. 654, 28 L. R. A. (N. S.) 267).

*Judgment affirmed. Roan, J., absent.*
DECIDED AUGUST 22, 1914.

Complaint; from city court of Sandersville—Judge Jordan. March 23, 1914.

*Evans & Evans,* for plaintiff in error.
*A. R. Wright, Thomas J. Swint,* contra.